PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NICOLE HAWKINS<br><br>  Defendant. | Case No. 1:22-po-00006-SAB<br><br>[Citation # 9337513 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00006-SAB [Citation #9337513 CA/74] against NICOLE HAWKINS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 19, 2022              Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ *Alexandre Dempsey*
                                     ALEXANDRE DEMPSEY
                                     Assistant United States Attorney

U.S. v. Hawkins
Case No. 1:22-po-00006-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00006-SAB [Citation #9337513 CA/74] against NICOLE HAWKINS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **January 19, 2022**

_____
UNITED STATES MAGISTRATE JUDGE